Joseph S. May   SBN 245924
LAW OFFICE OF JOSEPH S. MAY
22 Battery Street, Suite 810
San Francisco, CA 94111
Telephone (415) 781-3333
Facsimile (415) 398-1410
joseph@josephmaylaw.com

Attorney for Plaintiff
SUSIE JOHNSON

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SUSIE JOHNSON,<br><br>Plaintiff,<br><br>v.<br><br>REGENTS OF THE UNIVERSITY OF CALIFORNIA; KENT CHIU; BRANDAN TANG; ROLAND LAM; CYRIACUS NZEREM; MATTHEW GRANEY; and DOES 1-50, inclusive.<br><br>Defendants. | CASE NO.: C11-1259-EDL<br><br>**STIPULATION AND [PROPOSED] ORDER DISMISSING CASE WITHOUT PREJUDICE TO REFILING IN SAN FRANCISCO SUPERIOR COURT** |

### **STIPULATION**

Plaintiff Susie Johnson, through counsel, and Defendants Regents of the University of California, Kent Chiu, Brandan Tang, Roland Lam, Cyriacus Nzerem, and Matthew Graney, through counsel, (hereafter collectively referred to as the "Parties") hereby stipulate as follows:

1. The Parties hereby stipulate and agree to the dismissal by this Honorable Court of this action, without prejudice to Plaintiff re-filing the case, in materially the same form as the one filed herein (the caption may reflect the change of venue), in the Superior Court of California in and for the County of San Francisco ("Superior Court").

2. The Parties further stipulate and agree that the filing of this action tolled any causes of action, and said causes of action may be filed in Superior Court, notwithstanding the fact that they may ultimately be filed more than two years after the subject incident. The Parties further

1

1    stipulate and agree that no party shall contest, dispute, challenge or raise the issue of Plaintiff's
2    re-filing of this matter in the Superior Court following dismissal by this Court on the ground that
3    such subsequent filing was untimely or in violation of any statutes of limitations, statutes of
4    repose or any other similar time limits for the filing of an action, whether legal or equitable, and
5    that with regard to the statute of limitations of any claims re-filed by Plaintiff in Superior Court
6    pursuant to this stipulation, Defendants waive any defenses based on the statute of limitations.
7         3. The Parties further stipulate and agree that Plaintiff has relied on this stipulation, and
8    the representations contained herein, to the effect that Defendants will not challenge the
9    timeliness of her re-filing of this action in Superior Court, notwithstanding the fact that the
10   action will be re-filed more than two years after the date of the subject incident, and that said
11   reliance was material in Plaintiff's decision to enter into this stipulation to the dismissal of this
12   action without prejudice.
13        4. The parties further stipulate and agree that by entering into this stipulation, the parties
14   are not waiving any rights or objections based upon the Eleventh Amendment to the United
15   States Constitution.
16        5. The parties further stipulate and agree that, by entering into this stipulation, no party
17   waives the right to object to or challenge the assignment of a judicial officer assigned to this
18   matter.
19        6. The parties further stipulate and agree that, by entering into this stipulation, no party,
20   or counsel for any party, is asserting or stipulating that this matter is at issue or that service of a
21   named party and/or entity is accomplished as a result of entering into this stipulation.
22        7. The parties further agree that signatures obtained via e-mail or facsimile shall be
23   deemed to have the same effect as originals, and that this stipulation may be signed in
24   counterparts with the same force and effect as though each of the parties had signed the same
25   original document.
26
27
28

2

C11-1259-EDL
STIPULATION AND ORDER DISMISSING CASE WITHOUT PREJUDICE TO FILE IN S.F. SUPERIOR CT.

1 | **So Stipulated.**

2 | Dated: May 25, 2011      LAW OFFICE OF JOSEPH S. MAY

4 |      */s/ Joseph S. May*
5 |      JOSEPH S. MAY, Attorney for Plaintiff SUSIE JOHNSON

6 | **So Stipulated.**

7 | Dated: May 25, 2011      HASSARD BONNINGTON, LLP

9 |      */s/ R. Wesley Pratt*
10 |      By: R. WESLEY PRATT, Attorney for Defendants

11-13 | Pursuant to General Order 45, §X(B), the filer of this document attests that he has received the concurrence of this signatory to file this document.

14 | **[PROPOSED] ORDER**

15-16 | Pursuant to the foregoing Stipulation of the Parties, it is HEREBY ORDERED that this matter be and hereby is DISMISSED WITHOUT PREJUDICE.

17-19 | Plaintiff may re-file the action in the Superior Court of California for the County of San Francisco within 30 days of the entry of this order, as the statute of limitations as to any claims filed herein have been so tolled by the filing of the instant action. *See* 28 U.S.C. §1367(d).

21 | IT IS SO ORDERED.

24 | DATED: May 26, 2011      [signature: Elizabeth D. Laporte]
25 |      ELIZABETH D. LAPORTE
     United States Magistrate Judge

3

C11-1259-EDL
STIPULATION AND ORDER DISMISSING CASE WITHOUT PREJUDICE TO FILE IN S.F. SUPERIOR CT.